UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADELEINE F. SHATTENKIRK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALASKA AIRLINES, INC., a Delaware corporation, <br><br> Defendant. | No. C19-01656 RSL <br><br> **STIPULATION AND ORDER FOR TEMPORARY STAY PENDING NEGOTIATION OF POTENTIAL GLOBAL CLASS ACTION SETTLEMENT** |

The parties, by and through their counsel, stipulate and agree as follows:

1. On October 16, 2019, Plaintiff filed this proposed class action suit, which is one of ten separately filed class actions around the country against various airlines and Amtrak involving the sale of trip insurance (the "Cases").[1]

---

[1] The nine other cases are: *Dolan v. JetBlue Airways Corp.*, No. 0:18-cv-62193-RS (S.D. Fla.); *Zamber v. American Airlines, Inc.*, No. 4:20-cv-00114 (N.D. Tex.); *Flores v. United Airlines*, No. 18-cv-06571 (N.D. Ill.); *Foshee v. Delta Air Lines, Inc.*, No. 4:19-cv-00612-MW-CAS (N.D. Fla.); *O'Kane v. JetBlue Airways Corp.*, No. 19-cv-09662 (S.D.N.Y.); *Donoff v. Delta Airlines, Inc.*, No. 9:18-cv-81258 (M.D. Fla.); *Vallarta v. United Airlines, Inc.*, 19-cv-05895-HSG (N.D. Cal.); *Durkee v. Alaska Airlines*, No. 19-cv-1071 (S.D. Cal.); and *Salmons v. Nat'l R.R. Passenger Corp. (Amtrak)*, No. 1:19-cv-03253 (D.D.C.).

STIP. & ORDER FOR TEMPORARY STAY PENDING
NEGOTIATION OF POTENTIAL GLOBAL CLASS ACTION
SETTLEMENT- 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4845-1660-9975, v. 1

2. The parties have fully briefed Defendant's motion to dismiss and motion to transfer under the first to file rule, and these motions are currently under submission;

3. As described in the Declaration of Rodney A. Max filed contemporaneously with this Motion, over the past few months there have been ongoing discussions about a potential global resolution of the Cases between counsel for the plaintiffs in the Cases and counsel for AGA Service Company d/b/a Allianz Global Assistance ("Allianz").

4. Following five lengthy, hard-fought, and in person mediation sessions, including the most recent on March 12, 2020, Allianz's counsel and counsel for the plaintiffs in the Cases have reached agreement on a number of terms that do not yet form a binding agreement and continue to work diligently toward an agreement to resolve the Cases. *See* Declaration of Rodney A. Max.

5. The Parties, therefore, seek a stay to enable the Parties to work toward a potential global settlement.

6. The Parties agree to submit a joint report updating the Court on the status of the settlement negotiations within 30 days of an order staying this case.

IT IS SO STIPULATED.

DATED this 20th day of March, 2020.

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kim D. Stephens*
Kim D. Stephens, P.S. WSBA #11984
Rebecca L. Solomon, WSBA #51520
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Ph: (206) 682-5600; Fax: (206) 682-2992
Email: kstephens@tousley.com
Email: solomon@tousley.com

STIP. & ORDER FOR TEMPORARY STAY PENDING
NEGOTATION OF POTENTIAL GLOBAL CLASS ACTION
SETTLEMENT- 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4845-1660-9975, v. 1

STULL, STULL & BRODY

By: *s/ Melissa R. Emert*
Melissa R. Emert *(pro hac vice)*
6 East 45th St.-5th Floor
New York, NY 10017
Ph: (954) 341-5561; Fax: (954) 341-5531
Email: memert@ssbny.com

GLANCY PRONGAY & MURRAY

By: *s/ Marc L. Godino*
Marc L. Godino *(pro hac vice)*
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Ph: (310) 201-9150; Fax: (310) 432-1495
Email: mgodino@glancylaw.com

LEVI & KORSINSKY, LLP

By: *s/ Rosemary M. Rivas*
Rosemary M. Rivas *(pro hac vice)*
388 Market Street, Suite 1300
San Francisco, CA 94111
Ph: (415) 373-1671; Fax: (415) 484-1294
Email: rrivas@zlk.com

GUSTAFSON GLUEK PLLC

By: *s/ Daniel C. Hedlund*
Daniel C. Hedlund *(pro hac vice)*
120 South 6th St.
Minneapolis, MN 55401
Ph: (612) 333-8844; Fax (612) 339-6622
Email: dhedlund@gustafsongluek.com

*Attorneys for Plaintiff Madeline F. Shattenkirk*

STIP. & ORDER FOR TEMPORARY STAY PENDING
NEGOTATION OF POTENTIAL GLOBAL CLASS ACTION
SETTLEMENT- 3

4845-1660-9975, v. 1

DAVIS WRIGHT TREMAINE LLP

By: *s/ Rebecca Francis*
Rebecca Francis, WSBA #41196
920 Fifth Avenue, Suite 3300
Seattle, WA 98101-1610
Ph: (206) 622-3150; Fax (206) 757-7700
Email: rebeccafrancis@dwt.com

WINSTON & STRAWN LLP

By: *s/ Gayle I. Jenkins*
Gayle I Jenkins (*pro hac vice*)
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Ph: (213) 615-1700; Fax (213) 615-1750
Email: GJenkins@winston.com

STACK FERNANDEZ & HARRIS, P.A.

By: *s/ Lazaro Fernandez, Jr.*
Lazaro Fernandez, Jr. (*pro hac vice*)
333 South Grand Avenue, 38th Floor
1001 Brickell Bay Drive, Suite 2650
Miami, Florida 33131
Ph: (305) 371-0001; Fax (305) 371-0002
Email: lfernandez@stackfernandez.com

*Attorneys for Defendant Alaska Airlines, Inc.*

**ORDER**

Based on the foregoing Stipulation, the Court ORDERS that the action is stayed. Within 30 days from the date of this Order, the parties shall submit a joint report updating the Court on the status of settlement.

IT IS SO ORDERED.

DATED this 20th day of March, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

STIP. & ORDER FOR TEMPORARY STAY PENDING
NEGOTATION OF POTENTIAL GLOBAL CLASS ACTION
SETTLEMENT- 4

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4845-1660-9975, v. 1

Presented by:

TOUSLEY BRAIN STEPHENS PLLC
Attorneys for Plaintiff Madeline F. Shattenkirk

By: *s/ Kim D. Stephens*
Kim D. Stephens, P.S. WSBA #11984
Rebecca L. Solomon, WSBA #51520
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Ph: (206) 682-5600; Fax: (206) 682-2992
Email: kstephens@tousley.com
Email: solomon@tousley.com

STIP. & ORDER FOR TEMPORARY STAY PENDING
NEGOTATION OF POTENTIAL GLOBAL CLASS ACTION
SETTLEMENT- 5

4845-1660-9975, v. 1