The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADELEINE F. SHATTENKIRK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC., a Delaware corporation,<br><br>Defendant. | No. 19-cv-01656-RSL<br><br>NOTICE OF APPEARANCE |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Fred Burnside hereby appears as counsel of record for Defendant Alaska Airlines, Inc. in the above-entitled action. Copies of all future papers and pleadings herein, except original process, shall be served upon the attorney of record at the addresses listed below.

DATED this 15th day of April 2020.

DAVIS WRIGHT TREMAINE LLP
*Attorney for Defendant Alaska Airlines, Inc.*

By:  *s/ Fred Burnside*
Fred Burnside, WSBA # 32491
920 Fifth Avenue, Suite 3300
Seattle, WA 98101-1610
Ph: (206) 622-3150
Fax: (206) 757-7700
E-mail: fredburnside@dwt.com

NOTICE OF APPEARANCE (19-cv-01656-RSL) - 1
4834-1281-7082v.1 0017572-000521

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 15th day of April 2020.

Davis Wright Tremaine LLP

By *s/ Fred Burnside*
Fred Burnside, WSBA # 32491
920 Fifth Avenue, Suite 3300
Seattle, WA 98101-1610
Ph: (206) 622-3150
Fax: (206) 757-7700
E-mail: fredburnside@dwt.com

NOTICE OF APPEARANCE (19-cv-01656-RSL) - 2
4834-1281-7082v.1 0017572-000521

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax