The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MADELEINE F. SHATTENKIRK, individually
and on behalf of all others similarly situated,

10

Plaintiff,

11

v.

12

ALASKA AIRLINES, INC., a Delaware
corporation,

13

14

Defendant.

No. C19-01656 RSL

**JOINT STATUS REPORT**

15

16

17

18

        Plaintiff Madeleine F. Shattenkirk ("Plaintiff") and Defendant Alaska Airlines, Inc.
("Defendant") (collectively, the "Parties"), by and through their respective undersigned
counsel, respectfully file this joint status report as directed by the Court in its March 20, 2020
order staying this action.  ECF No. 37.

19

20

21

22

23

        On March 19, 2020, the Parties jointly moved to stay this action pending ongoing
negotiations of a global settlement of this and nine other similar actions involving airline and
rail carriers. ECF No. 35. As explained in that motion, the negotiating parties contemplate
submission of the global settlement for approval under Rule 23(e) in *Dolan v. JetBlue Airways
Corp.*, No. 0:18-cv-62193-RS (S.D. Fla.). Final approval of the class settlement in *Dolan* would
result in the dismissal of this action.

24

JOINT STATUS REPORT- 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1

2        Since then, the COVID-19 pandemic has caused extensive disruption to the lives of

3  individuals and businesses alike. Few businesses have been more impacted by the pandemic

4  than those in the airline industry, which has caused immense strain on their resources, including

   unprecedented demands on their in-house counsel.

5        Despite the ongoing challenges and limitations in this current environment, the Parties

6  have made substantial progress toward global settlement. Drafts of a proposed Stipulation of

7  Class Action Settlement ("Settlement Agreement") have been prepared, reviewed, redlined, and

   circulated among counsel in the respective actions. Exhibits to the Settlement Agreement (i.e.

8  Order Directing Notice, Notice to the Class, Claim Form, and Final Order and Judgment) have

9  also been drafted and are in the redline process. In addition, a Motion to Direct Notice to the

10 Class, under Rule 23(e)(1), has been drafted, and requests for proposals to several reputable

11 third-party settlement administrators has been sent, each of whom have returned written bids.

12 Ultimately a Joint Notice of Pending Settlement is contemplated to be filed in *Dolan* no later

13 than May 20, 2020.

14       Accordingly, the Parties respectfully propose to file their next status report in 40 days, a

   few days after the contemplated filing date in Dolan.

15

16       DATED this 20th day of April, 2020.

17                                          TOUSLEY BRAIN STEPHENS PLLC
                                            Attorneys for Plaintiff Madeline F. Shattenkirk
18
                                            By:    *s/ Kim D. Stephens*
19                                                 Kim D. Stephens, P.S. WSBA #11984
                                                   Rebecca L. Solomon, WSBA #51520
20                                                 1700 Seventh Avenue, Suite 2200
                                                   Seattle, Washington 98101
21                                                 Ph: (206) 682-5600; Fax: (206) 682-2992
                                                   Email: kstephens@tousley.com
22                                                 Email: solomon@tousley.com

23                                          STULL, STULL & BRODY
                                            Attorneys for Plaintiff Madeline F. Shattenkirk
24

JOINT STATUS REPORT- 2

4851-5518-9178, v. 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

By:     *s/ Melissa R. Emert*
       Melissa R. Emert *(pro hac vice)*
       6 East 45th St.-5th Floor
       New York, NY 10017
       Ph: (954) 341-5561; Fax: (954) 341-5531
       Email: memert@ssbny.com

GLANCY PRONGAY & MURRAY
Attorneys for Plaintiff Madeline F. Shattenkirk

By:     *s/ Marc L. Godino*
       Marc L. Godino *(pro hac vice)*
       1925 Century Park East, Suite 2100
       Los Angeles, CA 90067
       Ph: (310) 201-9150; Fax: (310) 432-1495
       Email: mgodino@glancylaw.com

LEVI & KORSINSKY, LLP
Attorneys for Plaintiff Madeline F. Shattenkirk

By:     *s/ Rosemary M. Rivas*
       Rosemary M. Rivas *(pro hac vice)*
       388 Market Street, Suite 1300
       San Francisco, CA 94111
       Ph: (415) 373-1671; Fax: (415) 484-1294
       Email: rrivas@zlk.com

GUSTAFSON GLUEK PLLC
Attorneys for Plaintiff Madeline F. Shattenkirk

By:     *s/ Daniel C. Hedlund*
       Daniel C. Hedlund *(pro hac vice)*
       120 South 6th St.
       Minneapolis, MN 55401
       Ph: (612) 333-8844; Fax (612) 339-6622
       Email: dhedlund@gustafsongluek.com

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant Alaska Airlines, Inc.

By:     *s/ Fred Burnside*
       Fred Burnside, WSBA #32491
       920 Fifth Avenue, Suite 3300
       Seattle, WA 98101-1610
       Ph: (206) 622-3150; Fax (206) 757-7700
       Email: fredburnside@dwt.com

JOINT STATUS REPORT- 3

4851-5518-9178, v. 1

1

2

WINSTON & STRAWN LLP
Attorneys for Defendant Alaska Airlines, Inc.

3

By:      *s/ Gayle I. Jenkins*
         Gayle I Jenkins (*pro hac vice*)

4

         333 South Grand Avenue, 38th Floor
         Los Angeles, CA 90071-1543

5

         Ph: (213) 615-1700; Fax (213) 615-1750
         Email: GJenkins@winston.com

6

STACK FERNANDEZ & HARRIS, P.A.

7

Attorneys for Defendant Alaska Airlines, Inc.

8

By:      *s/ Lazaro Fernandez, Jr.*
         Lazaro Fernandez, Jr. (*pro hac vice*)

9

         333 South Grand Avenue, 38th Floor
         1001 Brickell Bay Drive, Suite 2650
         Miami, Florida 33131

10

         Ph: (305) 371-0001; Fax (305) 371-0002
         Email: lfernandez@stackfernandez.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JOINT STATUS REPORT- 4

4851-5518-9178, v. 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 20th day of April, 2020.

<u>s/Kim D. Stephens</u>
Kim D. Stephens

JOINT STATUS REPORT- 5

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

4851-5518-9178, v. 1