The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MADELEINE F. SHATTENKIRK, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

ALASKA AIRLINES, INC.,

    Defendant.

NO. 2:19-cv-01656-RSL

**ORDER STAYING CASE AND SETTING DEADLINE FOR JOINT STATUS REPORT**

The Parties have requested that the stay in this case be continued until September 30, 2020 to allow for further discussions regarding a global settlement of this case and the other cases contemplated as part of the settlement. In accordance with the Parties' request, the Court STAYS this action until September 30, 2020. The Parties are ORDERED to file joint status report on or before September 30, 2020.

IT IS SO ORDERED.

DATED this 8th day of September, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING CASE
AND SETTING DEADLINE FOR JOINT
STATUS REPORT (2:19-cv-01656-RSL) - 7
4839-9970-4775, v. 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By:   *s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984
Rebecca L. Solomon, WSBA #51520
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Ph: (206) 682-5600; Fax (206) 682-2992
E-mail:  kstephens@tousley.com
E-mail:  rsolomon@tousley.com

ORDER STAYING CASE
AND SETTING DEADLINE FOR JOINT
STATUS REPORT (2:19-cv-01656-RSL) - 7
4839-9970-4775, v. 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992