UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADELEINE F. SHATTENKIRK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | NO. 2:19-cv-01656-RSL<br><br>**ORDER STAYING CASE AND SETTING DEADLINE FOR JOINT STATUS REPORT** |

The Parties have requested that the stay in this case be continued until March 30, 2021 to allow for the approval process to move forward on a global settlement of this case and the other cases contemplated as part of the settlement. In accordance with the Parties' request, the Court STAYS this action until March 30, 2021. The Parties are ORDERED to file joint status report on or before March 30, 2021.

IT IS SO ORDERED.

Dated this 1st day of February, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING CASE
AND SETTING DEADLINE FOR JOINT
STATUS REPORT (2:19-cv-01656-RSL)