UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADELEINE F. SHATTENKIRK, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALASKA AIRLINES, INC.,<br><br>    Defendant. | NO. 2:19-cv-01656-RSL<br><br>**ORDER STAYING CASE AND SETTING DEADLINE FOR JOINT STATUS REPORT** |

The Parties have requested that the stay in this case be continued until May 29, 2021 to allow for the approval process to move forward on a global settlement of this case and the other cases contemplated as part of the settlement. In accordance with the Parties' request, the Court STAYS this action until May 29, 2021. The Parties are ORDERED to file joint status report on or before May 29, 2021.

IT IS SO ORDERED.
Dated this 31st day of March, 2021.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Judge

ORDER STAYING CASE
AND SETTING DEADLINE FOR JOINT
STATUS REPORT (2:19-cv-01656-RSL)

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992