UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADELEINE F. SHATTENKIRK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | NO. 2:19-cv-01656-RSL<br><br>**ORDER STAYING CASE AND SETTING DEADLINE FOR JOINT STATUS REPORT** |

The Parties have requested that the stay in this case be continued until September 15, 2021. In accordance with the Parties' request, the Court STAYS this action until September 15, 2021. The Parties are ORDERED to file joint status report on or before September 15, 2021.

IT IS SO ORDERED.

Dated this 17th day of August, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING CASE
AND SETTING DEADLINE FOR JOINT
STATUS REPORT (2:19-cv-01656-RSL)

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992