UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADELEINE F. SHATTENKIRK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant. | NO. 2:19-cv-01656-RSL<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Madeleine F. Shattenkirk ("Plaintiff"), and Defendant Alaska Airlines, Inc. ("Defendant") and with Plaintiff, the "Parties" and each, "Party") hereby stipulate and agree to DISMISS WITH PREJUDICE each and all of Plaintiff's individual claims alleged against Defendant in the First Amended Class Action Complaint in the above-captioned action. The Parties further stipulate and agree to DISMISS WITHOUT PREJUDICE, and without notice to the putative class, each and all of the putative class claims set forth in Plaintiffs First Amended Class Action Complaint.

Each Party shall bear his, her, their, and its own costs and expenses, including

JOINT STIPULATION OF DISMISSAL (2:19-cv-01656-RSL)

Tousley Brain Stephens PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1 attorneys' fees, except as otherwise agreed to by the Parties, and each Party hereby waives any
2 and all rights of appeal.

3  Dated: September 3, 2021                           **TOUSLEY BRAIN STEPHENS PLLC**

4                                                    By:    s/ *Kim D. Stephens*
                                                            s/ *Rebecca L. Solomon*
5                                                    Kim D. Stephens, WSBA #11984
                                                     Rebecca L. Solomon, WSBA #51520
6                                                    1200 Fifth Avenue, Suite 1700
                                                     Seattle, WA 98101
7                                                    Ph: (206) 682-5600; Fax (206) 682-2992
                                                     E-mail:  kstephens@tousley.com
                                                     E-mail:  rsolomon@tousley.com
8
                                                     **LEVI & KORSINSKY, LLP**
9
                                                     By: /s/ *Courtney E. Maccarone*
10                                                   Courtney E. Maccarone (pro hac vice)
                                                     55 Broadway, 10th Floor
11                                                   New York, NY 10006
                                                     Telephone: 212-363-7500
12                                                   Facsimile: 212-363-7171
                                                     E-mail: cmaccarone@zlk.com
13
                                                     **KANTROWITZ, GOLDHAMER &
14                                                   GRAIFMAN, P.C.**

15                                                   By: s/*Melissa R. Emert*
                                                     Melissa R. Emert (pro hac vice)
16                                                   747 Chestnut Ridge Road, Suite 200
                                                     Chestnut Ridge, NY 10977
17                                                   Telephone: 845-356-2570
                                                     Facsimile: 845-356-4335
18                                                   E-mail: memert@kgglaw.com

19                                                   **GLANCY PRONGAY & MURRAY**

20                                                   By: s/*Marc L. Godino*
                                                     Marc L. Godino (pro hac vice)
21                                                   1925 Century Park East, Suite 2100
                                                     Los Angeles, CA 90067
22                                                   Telephone: 310-201-9150
                                                     Facsimile: 310-432-1495
23                                                   Email: mgodino@glancylaw.com

24

JOINT STIPULATION OF DISMISSAL (2:19-cv-01656-RSL)

| | |
|---|---|
| 1 | **GUSTAFSON GLUEK PLLC** |
| 2 | By: s/*Danel C. Hedlund* |
| | Daniel C. Hedlund (pro hac vice) |
| 3 | 120 South 6th St. |
| | Minneapolis, MN 55401 |
| 4 | Telephone: 612-333-8844 |
| | Facsimile: 612-339-6622 |
| 5 | Email: dhedlund@gustafsongluek.com |
| 6 | *Counsel for Plaintiff* |

**WINSTON & STRAWN LLP**

By: *s/ Gayle I. Jenkins*
Gayle I. Jenkins (pro hac vice)
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Ph: (213) 615-1700; Fax (213) 615-1750
Email: gjenkins@winston.com

**DAVIS WRIGHT TREMAINE**

By: s/ Fred B. Burnside
Fred B. Burnside
920 Fifth Ave., Suite 3300
Seattle, WA  98104-1610
Ph: (2060 622-3150; Fax: (206) 757-7700
Email:  fredburnside@dwt.com

**STACK FERNANDEZ & HARRIS PA**

By: s/ Lazaro Fernandez
Lazaro Fernandez (pro hac vice)
1001 Brickell Bay Drive, Suite 2650
Miami, FL  33131
Ph: (305) 371-0001
Email:  lfernandez@stackfernandez.com

*Counsel for Defendant*

JOINT STIPULATION OF DISMISSAL (2:19-cv-01656-RSL)

1

**ORDER**

2  **IT IS SO ORDERED.**

3      Dated this 3rd day of September, 2021.

4      */s/ Robert S. Lasnik*
        Robert S. Lasnik
5       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JOINT STIPULATION OF DISMISSAL (2:19-cv-01656-RSL)

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992